# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

SAMMIE H. PARKER
ADC #176076                                                                  PLAINTIFF

v.                        No. 4:24-cv-176-DPM-BBM

JAMES GIBSON, Warden, Varner Unit;
ANTHONY JACKSON, Deputy Warden,
Varner Unit; BRANDON CARROLL,
Deputy Warden, Varner Unit; and
ZACHERY LUKE-SAID, Hoe Squadrider,
Varner Unit                                                                  DEFENDANTS

## ORDER

Unopposed partial recommendation, *Doc. 4*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Parker's Eighth Amendment conditions-of-confinement claim against Gibson in his individual capacity goes forward. His remaining claims are dismissed without prejudice. The Court instructs the Clerk to terminate Jackson, Carroll, and Luke-Said as defendants.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 December 2024