IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMMIE H. PARKER**
**ADC #176076**                                                                                          PLAINTIFF

v.                            No. 4:24-cv-176-DPM

**JAMES GIBSON, Warden, Varner Unit**                         DEFENDANT

### ORDER

Unopposed recommended disposition, *Doc. 20*, adopted. Fed. R. Civ. P. 72(b)(1983 addition to advisory committee notes). Gibson's motion for summary judgment, *Doc. 16*, is granted. Parker's conditions-of-confinement claim against Gibson is dismissed without prejudice for failure to exhaust administrative remedies.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 December 2025