IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SAMMIE H. PARKER
ADC #176076                                                                PLAINTIFF

v.                        No. 4:24-cv-176-DPM

JAMES GIBSON, Warden, Varner Unit;
ANTHONY JACKSON, Deputy Warden,
Varner Unit;  BRANDON CARROLL,
Deputy Warden;  and ZACHERY LUKE-
SAID, Hoe Squadrider, Varner Unit                                DEFENDANT

## JUDGMENT

Parker's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 December 2025